IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:15-cv-05346<br><br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Weber v. Eli Lilly and Company et al<br>Case Number: 1:16-cv-00628 | |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for WILLIAM WEBER, and counsel for Defendants ELI LILLY AND COMPANY, LILLY USA, LLC, ACRUX COMMERCIAL PTY LTD., and ACRUX DDS PTY LTD pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party.

| For the Defendants<br>**REED SMITH** | For the Plaintiff<br>**BRANCH LAW FIRM** |
|---|---|
| By: /s/ David E. Stanley<br>**David E. Stanley, Esq**<br>**Janet H. Kwuon, Esq**<br>355 South Grand Ave<br>Suite 2900<br>Los Angeles, California 90071 | By: /s/ Turner W. Branch<br>**Turner W. Branch, Esq.**<br>2025 Rio Grande Blvd. NW<br>Albuquerque, NM 87104<br>505-243-3500 – Telephone<br>505-243-3534 – Facsimile<br>tbranch@branchlawfirm.com |